IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS DENTON, JR. and<br>DEBRA DENTON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW PRIME, INC.,<br>*d/b/a* Prime, Inc., and<br>ROGERS MARSHALL,<br><br>Defendants. | Case No. 24-2510 JPG |

**JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** **8/31/2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**